

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

April 21, 2006

**RECEIVED**

APR 2 8 2006

Chambers of
U.S. Magistrate Judge
David C. Keesler

Honorable David C. Keesler
U.S. Magistrate Judge, U.S. District Court
168 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Re: **ALBERT PHARR**
    **REGISTER NUMBER: 20384-058**
    **CRIMINAL NUMBER:** ███████

Dear Judge Keesler:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section § 4241 dated April 5, 2006 in the case of Mr. Albert Pharr.

Mr. Brodie was designated at the Metropolitan Correctional Center, New York on April 20, 2006. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on May 20, 2006.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Marvin D. Morrison
Warden

MDM/WR/js

So ordered, this 1st day of May, 2006.

DaC.K